[No. 9580–7–II.   Division Two.   August 12, 1987.]

*In the Matter of*
LELAND TITUS DOOLITTLE SNODGRASS.

LELAND TITUS DOOLITTLE SNODGRASS, *Appellant,* v.
WALTER LINCOLN SNODGRASS, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 85–5–00063–2, Dale M. Nordquist, J., entered February 20, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 9225–5–II.   Division Two.   August 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT DEAN STRANDY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–1–00487–6, James D. Ladley, J., entered October 4, 1985. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J. Now published at 49 Wn. App. 537.